UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :
                             :   Hon. Peter G. Sheridan
    v.                       :
                             :   No. 10-cr-720 (PGS)
HELDER SILVA,                :
ISIDORO CAMPOS, and          :   ORDER FOR CONTINUANCE
JASON HUDSON                 :

An indictment charging defendant JASON HUDSON (E. Alexander Jardines, Esq. appearing) with conspiracy to distribute ecstasy in violation of Title 21 U.S.C. § 846 and individually for distribution of ecstasy, having been filed on October 14, 2010; and defendant having been represented by the undersigned defense counsel appearing before the Court on November 9, 2010 for an arraignment; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and one continuance having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this 14th day of December, 2010

ORDERED that from the date this Order is entered, to and including January 31, 2011, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
E. Alexander Jardines, Esq.
Counsel for Jason Hudson

_____
HONORABLE PETER G. SHERIDAN
United States District Judge